**SMITHFIELD PEAT CO., INC.**

v.

**SCOTT–LEE CONSTRUCTION CO., INC. et al.**

No. 79–269–A.

Supreme Court of Rhode Island.

Feb. 14, 1980.

Oster, Groff & Prescott, George M. Prescott, Lincoln, for plaintiff.

Abedon, Michaelson, Stanzler, Biener, Skolnik & Lipsey, Carol E. Najarian, Providence, for Ralph Camuso and Marion Camuso.

Sheldon R. Scoliard, Providence, for Scott-Lee Construction Co., Inc., et al.

## ORDER

Defendants Ralph Camuso and Marion Camuso move to affirm the order of the Superior Court pursuant to Rule 16(g). A previous motion to affirm this same order was filed by defendant Citizens Savings Bank and has been assigned to the motion calendar for Thursday, March 6, 1980 at 9:30 a. m. for oral argument. Accordingly, the instant motion is assigned to the motion calendar for the same date for oral argument.

DORIS, J., did not participate.